■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

NORMAN DAVIS, Also Known as ABDUL WAHID ABDULLAH MUHAMMED, Appellant.—Judgment, Supreme Court, Bronx County (Irving Lang, J.), rendered on December 5, 1985, unanimously affirmed, without prejudice to a motion brought pursuant to CPL article 440. No opinion. Concur—Murphy, P. J., Sandler, Sullivan and Rosenberger, JJ.